# UNITED STATES DISTRICT COURT
# DISTRICT OF MINNESOTA

Brian Flaherty,  Court File No. 04-CV-3744 PAM/RLE

      Plaintiff,  **ORDER OF DISMISSAL**

v.

City of Minneapolis,

      Defendant.

---

Based on the Stipulation for Dismissal with Prejudice **(Doc. #11)** entered into the parties and upon all of the files, records and proceeding in this action:

IT IS HEREBY ORDERED that the above-entitled action is hereby dismissed with prejudice and upon the merits of all claims by Plaintiff in this action against the Defendant, without fees, costs and disbursements to any of the above-named parties.

    LET JUDGMENT BE ENTERED ACCORDINGLY.

 

s/Paul A. Magnuson
The Honorable Judge Paul A. Magnuson
Judge, U. S. District Court

Dated: October __13__, 2005